Before STATE INDUSTRIAL BOARD, Respondent. DANIEL SUAREZ, Respondent, v. ROGREEN REALTY CO., INC., and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board to take testimony as to permanency and percentage of loss of vision. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. GERTRUDE SNYDER, Respondent, v. ANNIE ZUCKER and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the finding of an accidental injury arising out of and in the course of the employment rests upon uncorroborated hearsay declarations of the deceased. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. STATE TREASURER OF THE STATE OF NEW YORK (Death of JAMES ROBERTSON), Respondent, v. NIAGARA FALLS POWER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of State Treasurer* v. *West Side Trucking Co.* (233 N. Y. 202); *Miller* v. *Rochester Gas & Electric Corporation* (206 App. Div. 723). Motion for leave to appeal to the Court of Appeals denied.

LOUIS SWEEK, Appellant, v. GEORGE CAREY, Respondent.— Judgment and order unanimously affirmed, with costs.

NELLIE E. SMITH, Appellant, v. ARTHUR P. SMITH, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

SYLVIA LAKE CO., INC., and Others, Appellants, v. NORTHERN ORE COMPANY and Others, Respondents.— Judgment and orders unanimously affirmed, with costs.

WILLARD J. UNKENHOLZ, Respondent, v. KUCIEL HURWITZ and Others, Appellants.— Motion denied, with ten dollars costs, on the ground that notice of motion was not served in time.

Before STATE INDUSTRIAL BOARD, Respondent. NATHAN WOOL, Respondent, v. THE HUB CARPENTRY COMPANY and Another, Appellants.— Award of June 7, 1923, unanimously affirmed, with costs to the State Industrial Board. Other awards appear in the record covering later periods of disability, but, in the absence of findings covering such awards, the court does not pass upon appeals therefrom.

Before STATE INDUSTRIAL BOARD, Respondent. AMELIA M. WINTERS and Another, Respondents, v. SPENCER LENS COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the finding that the accident arose out of and in the course of the employment rests on the uncorroborated hearsay statements of the deceased. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. PHILIP WEINSTOCK, Respondent, v. LOUIS ESTEIN and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. KATHERINE WILCOX, Respondent, v. THE NEW SYSTEM LAUNDRY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARTHA ZULICH, Respondent, v. G. LEVOR & COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.